

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
IRENE RIOS
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE,
CLERK OF THE
COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

November 16, 2018

Manuel C. Rodriguez, Jr.
Law Office of Manuel C. Rodriguez, Jr.
Lincoln Center - Suite 710
7800 IH-10 West
San Antonio, TX 78230
* DELIVERED VIA E-MAIL *

Nicholas LaHood
Bexar County District Attorney's Office
101 W. Nueva St.
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:   04-18-00647-CV
        Trial Court Case Number:   2017PA01776
        Style:  In the Interest of J.D.H. and D.M.D.C., Children

      Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

      If you should have any questions, please do not hesitate to contact me.

                        Very truly yours,
                        KEITH E. HOTTLE,
                        Clerk of Court

                        *Rosa Gonzalez*
                        Rosa Gonzalez
                        Deputy Clerk, Ext. 53855

cc: Dinah L. Gaines (DELIVERED VIA E-MAIL)